# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA GRAUSZ, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>THE HERSHEY COMPANY,<br><br>Defendant. | Case No.: 3:23-CV-00028-AJB-NLS<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT**<br><br>Complaint Filed: Jan. 6, 2023<br><br>Judge:        Hon. Anthony J. Battaglia<br>Magistrate:  Hon. Nita L. Stormes<br>Trial Date:   Not Set |

On January 31, 2023, Plaintiff Eva Grausz and Defendant The Hershey Company ("Hershey") filed a joint motion to extend the time for Hershey to file a response to Plaintiff's Complaint ("Joint Motion"). The Court finds good cause exists for the extension. Thus, the Court **GRANTS** the Joint Motion. Hershey shall have until March 10, 2023 to respond to the Complaint.

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable Anthony J. Battaglia
UNITED STATES DISTRICT JUDGE